## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**MARINE POWER HOLDING, L.L.C.**                    **CIVIL ACTION**

**VERSUS**                                                     **No. 14-912**

**MALIBU BOATS, LLC**                                     **SECTION I**

### AMENDED FINAL JUDGMENT

A jury verdict[1] was returned in this case.  The Court having reviewed the verdict consistent with its duty under Rule 49 of the Federal Rules of Civil Procedure, and pursuant to the verdict and the order[2] granting Malibu judgment as a matter of law on the issue of bad faith damages,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the verdict of the jury be and is hereby made the judgment of the Court and, accordingly, that there be judgment in favor of plaintiff, Marine Power Holding, L.L.C., and against defendant, Malibu Boats, LLC, in the amount of **ONE MILLION EIGHT HUNDRED THOUSAND DOLLARS AND 00/100 ($1,800,000.00)**, plus prejudgment interest from the date of judicial demand in the amount of **ONE HUNDRED THIRTY-EIGHT THOUSAND THREE HUNDRED TWO DOLLARS AND 58/100 ($138,302.58)**, for a total award of **ONE MILLION NINE HUNDRED THIRTY-EIGHT THOUSAND THREE HUNDRED TWO DOLLARS AND 58/100 ($1,938,302.58)**, together with interest thereon at the rate

---

[1] R. Doc. No. 288.
[2] R. Doc. No. 333.

provided by law from the date of the original judgment until satisfied, plus costs recoverable by plaintiff under Rule 54(d)(1) of the Federal Rules of Civil Procedure.

New Orleans, Louisiana, December 15, 2016.

**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**